TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-05-00831-CR







Paula L. Lewis, Appellant



v.



The State of Texas, Appellee






FROM THE COUNTY COURT OF SAN SABA COUNTY


NO. 7,101, HONORABLE BYRON THEODOSIS, JUDGE PRESIDING






O R D E R


PER CURIAM

The time for filing appellant's brief on appeal has been extended twice on counsel's
motion, most recently to August 25, 2006. No brief has been filed on appellant's behalf and no
further extension of time for filing has been sought.

Appellant's counsel, Mr. Kirby J. Roberts, is ordered to file a brief in appellant's
behalf no later than October 20, 2006. No further extension of time for filing this brief will be
granted.

It is ordered September 28, 2006

 

Before Chief Justice Law, Justices Patterson and Puryear

Do Not Publish